# EXHIBIT A




# COMPLAINT OF DISCRIMINATION UNDER THE PROVISIONS OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT

**CASE NUMBER**

202007-10828330

**EEOC NUMBER**

37A-2020-04096-C

| COMPLAINANT | ADDRESS | PHONE |
|---|---|---|
| Rosalyn Warren | 44228 Hampton St.<br>Lancaster, CA 93536 | 909-728-3567 |

**TYPE OF DISCRIMINATION AND LAW**

Government Code 12940

NAMED IS THE EMPLOYER, PERSON, AGENCY, ORGANIZATION OR GOVERNMENT ENTITY WHO DISCRIMINATED AGAINST ME

| RESPONDENT(S) | ADDRESS | PHONE |
|---|---|---|
| SoCal Permanente Medical Group | 44444 20th Street West<br>Lancaster, CA 93534 | 661-951-0700 |
| Jackie Gonzalez | 44444 20th Street West<br>Lancaster, CA 93534 | 661-917-8927 |
| Ari Levy | 44444 20th Street West<br>Lancaster, CA 93534 | 661-951-2803 |

| AGENT FOR SERVICE | ADDRESS | PHONE |
|---|---|---|
| Robyn A Sembenini, Agent for Service for SoCal Permanente Medical Group | 1 Kaiser Plaza 2340<br>Oakland, ca 94612 | 510-406-3194 |

**NO. OF EMPLOYEES**
200+

**- Allegation -**

**I ALLEGE THAT I EXPERIENCED**
Harassment
Discrimination
Retaliation
**ON OR BEFORE**
July 23, 2020
**BECAUSE OF MY ACTUAL OR PERCEIVED**
Age (40 and over); Color; Disability (physical or mental); Family Care or Medical Leave (CFRA) (employers of 50 or more people); Race; Medical condition (cancer or genetic characteristic)
**AS A RESULT, I WAS SUBJECTED TO**
Asked impermissible non-job-related questions; Denied any employment benefit or privilege; Denied reasonable accommodation for a disability; Reprimanded; Terminated

# COMPLAINT OF DISCRIMINATION UNDER THE PROVISIONS OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT

**CASE NUMBER**

202007-10828330

**EEOC NUMBER**

37A-2020-04096-C

---

**PARTICULARS**

I was told I would have to go through training again because I did not have the ability to learn due to my age.

I was questioned about my disability when I was asked why I was coughing so much, what mediations I was on, and what exacerbated my disability. I felt uncomfortable with these questions but felt pressured to answer them.

In January 2020, I interviewed for the position of Psychiatric Social Worker. During the interview I disclosed my disability and said I would need to be able to use a cane while at work. I also said I would need to take a medical leave for an upcoming surgery. I was told during the interview that was not a problem, and I was offered the job the next day. It took approximately two months to complete the hiring process due to lab work, paperwork, drug testing, etc., and my start date was April 6, 2020.

I started working on April 6, 2020 and informed my supervisor, Jackie Gonzalez, that my surgery had been pushed back. I indicated I did not have a surgery date but, as soon as the date was scheduled, I would be called for surgery the next day. I regularly reminded Ms. Gonzalez, that my surgery could happen at any time without warning and she kept assuring me that was fine.

On April 23, 2020, my doctor took me off work for two days due to a perceived disability, as related to the Covid19 Pandemic. I returned to work on April 27, 2020 after testing negative for Covid19.

On June 8, 2020 I provided medical certification taking me off work through July 7, 2020 due to my disability. I returned to work on July 8, 2020 with no restrictions. Immediately upon returning to work, Ari Levy, Administrative Director, verbally reprimanded me about cases that had not been closed that should have been. This was an unwarranted reprimand, as Jackie Gonzalez, supervisor, told me not to close cases until she reviewed them. The allegation was false and was used as a pretext for retaliatory discrimination.

On July 23, 2020, I received a negative performance evaluation and was terminated in retaliation for requesting and using leave as accommodation due to disability. I was off work from April 23, 2020 through April 26, 2020 due to my perceived disability as related to the Covid19 pandemic. Then, on June 8, 2020 I provided medical certification placing me off work through July 7, 2020 due to my disability. I returned to work on July 8, 2020 with no restrictions. On July 9, 2020, Ari Levy, Administrative Director, told me I was in "big trouble." On July 23, 2020 Ari Levy, Administrative Director, gave me my second performance evaluation. Jackie Gonzalez, Supervisor, gave me my first evaluation in May 2020 and I met the standard in all areas. In areas where Jackie Gonzalez, marked "met standard" on my first evaluation, Ari Levy marked them as development needed on my second evaluation, even though he was working from home and was not present to see my job performance. I was then terminated due to job performance, but to my knowledge, there were no issues with my job performance. The allegations against me are false and were used as a pretext for retaliatory discrimination.

**SIGNED UNDER PENALTY OF PERJURY**

By submitting this complaint I am declaring under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge, except as to matters stated on my information and belief, and as to those matters I believe them to be true.

**SIGNATURE OF COMPLAINANT OR COMPLAINANT'S LEGAL REPRESENTATIVE:**

/s/ Rosalyn Warren

**DATE:**

09/18/2020