Michele Ballard Miller (SBN 104198)
  mbmiller@cozen.com
Bethany A. Vasquez (SBN 209423)
  bavasquez@cozen.com
Di Addy Tang (SBN 314891)
  dtang@cozen.com
COZEN O'CONNOR
101 Montgomery Street, Suite 1400
San Francisco, CA 94104
Telephone: (415) 644-0914
Facsimile: (415) 644-0978

Attorneys for Defendants
SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP, JACKIE GONZALES AND ARI LEVY

Gloria Dredd Haney
  dreddlaw@sbcglobal.net
LAW OFFICES OF GLORIA DREDD HANEY
333 City Boulevard West, 17th Floor
Orange, CA 92868
Tel: (714) 938-3230
Fax: (714) 921-2856

Attorneys for Plaintiff
ROSALYN WARREN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSALYN WARREN,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP, KAISER PERMANENTE, JACKIE GONZALEZ, ARI LEVY, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-00940-PA-AGR<br><br>**JOINT NOTICE OF SETTLEMENT-IN-PRINCIPLE AND STIPULATION TO STAY ALL DEADLINES**<br><br>[PROPOSED ORDER FILED CONCURRENTLY HEREWITH] |

1

**JOINT NOTICE OF SETTLEMENT-IN-PRINCIPLE AND STIPULATION TO STAY ALL DEADLINES- Case No.: 2:21-cv-00940-PA-AGR**

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

PLEASE TAKE NOTICE that, pursuant to Local Rule 16-15.7, Plaintiff Rosalyn Warren and Defendants Southern California Permanente Medical Group, Jackie Gonzales And Ari Levy ("Defendants") have reached a settlement-in-principle in the above-referenced case.

Accordingly, in light of the parties' pending settlement, the parties hereby request through their respective counsel of record that the Court stay all deadlines in this action. The purpose of the stay is to allow the parties to finalize drafting the settlement agreement and obtain necessary signatures.

A formal settlement agreement will be circulated between the parties for review and approval. Once all of the appropriate signatures have been obtained, an executed Stipulation of Dismissal of the entire action will be filed.

Dated: March 28, 2022                     COZEN O'CONNOR

By: */s/ Bethany A. Vasquez*
Michele Ballard Miller
Bethany A. Vasquez
Attorneys for Defendants
SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP, JACKIE GONZALES and ARI LEVY

Dated: March 25, 2022                     LAW OFFICES OF GLORIA DREDD HANEY

By: */s/ Gloria Dredd Haney*
Gloria Dredd Haney
Attorneys for Plaintiff
ROSALYN WARREN

## FILER'S ATTESTATION

I, Bethany A. Vasquez, am the ECF user whose identification and password are being used to file this Stipulation on behalf of Plaintiff Rosalyn Warren and Defendants Southern California Permanente Medical Group, Jackie Gonzales and Ari Levy.

In compliance with L.R. 5-4.3.4(a)(2)(i), I hereby attest that the above-listed counsel concur and have authorized this filing.

Dated: March 28, 2022                    COZEN O'CONNOR

By: /s/ Bethany A. Vasquez
Michele Ballard Miller
Bethany A. Vasquez
Attorneys for Defendants
SOUTHERN CALIFORNIA
PERMANENTE MEDICAL
GROUP, JACKIE GONZALES
and ARI LEVY

3

**JOINT NOTICE OF SETTLEMENT-IN-PRINCIPLE AND STIPULATION TO STAY ALL DEADLINES- Case No.: 2:21-cv-00940-PA-AGR**